IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN AND KIM McCLUNG,                                                             PETITIONERS

v.                                    Case No. 1:13-cv-00044-KGB

GLEN A. MASSET, COLONEL, in his official
capacity as District Engineer, Little Rock District,
U.S. ARMY CORPS OF ENGINEERS;
and the U.S. DEPARTMENT OF THE ARMY,                                  RESPONDENTS

## ORDER

Before the Court is petitioners' motion for leave for Eric E. Wolfgang to appear *pro hac vice* (Dkt. No. 24). The motion is granted pursuant to Local Rule 83.5(d). Mr. Wolfgang, along with David W. Sterling, shall be counsel of record for petitioners.

SO ORDERED this the 15th day of October, 2013.

_____
Kristine G. Baker
United States District Judge