IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN AND KIM MCCLUNG**                                                                    **PETITIONERS**

v.                                    Case No. 1:13-cv-00044-KGB

**COLONEL COURTNEY W. PAUL, in his official
capacity as District Engineer, Little Rock District,
U.S. ARMY CORPS OF ENGINEERS;
and the U.S. DEPARTMENT OF THE ARMY**                        **RESPONDENTS**

## JUDGMENT

Consistent with the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 26th day of September, 2014.

_____
Kristine G. Baker
United States District Judge